also that errors were committed in the admission of evidence.

**GOLTON v. SULLIVAN** (three cases). (Supreme Court, Appellate Division, First Department. May 28, 1909.) Actions by Frank S. Golton against Lawrence M. Sullivan. No opinions. Motions granted, with $10 costs. Orders filed.

**GOODALE, Respondent, v. CAREY, Appellant.** (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Benjamin E. Goodale against John B. Carey. No opinion. Judgment and order affirmed, with costs.

**GREEN v. PARSONS et al.** (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Samuel K. Green against William A. Parsons, Gurdon W. Fitch, as administrator, and others. No opinion. Order affirmed, with $10 costs and disbursements.

**GREENBAUM v. PERLMUTTER.** (Supreme Court, Appellate Division, First Department. May 14, 1909.) Appeal from Special Term, New York County. Action by Isaac Greenbaum against Annie Perlmutter. From an order denying plaintiff's motion to restore the action for trial, and from an order of discontinuance, plaintiff appeals. Modified. See, also, infra. Charles S. Rosenthal, for appellant. Jacob L. Holtzmann, for respondent.

PER CURIAM. The order of February, 19, 1909, as resettled by the order of March 8, 1909, is modified, by permitting the plaintiff to discontinue the action on payment of taxable costs. If such costs be not paid within 10 days from the service of a copy of the order to be entered hereon, then the order of March 20, 1909, is reversed, with $10 costs and disbursements to the appellant, and the motion to vacate the order of February 19th as resettled by the order of March 8th, is granted.

**GREENBAUM v. PERLMUTTER.** (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Isaac Greenbaum against Annie Perlmutter. No opinion. Motion to dismiss appeal denied, with $10 costs, with leave to move this court for permission to have the record returned to the county clerk for correction. Settle order on notice. See, also, supra.

**GRIFFIN, Appellant, v. BRADY, Respondent.** (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by George W. Griffin against Daniel M. Brady. J. E. O'Brien, for appellant. J. M. Stearns, for respondent.

PER CURIAM. Order affirmed, with costs to abide event. Order filed.

PATTERSON, P. J., and CLARKE, J., dissent.

**HALLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by James A. Halley against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Vroom v. N. Y. C. & H. R. R. Co., 129 App. Div. 858, 115 N. Y. Supp. 1063.

**HALLOCK, Respondent, v. NEW YORK, O. & W. R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Maggie Hallock, as administratrix, etc., against the New York, Ontario & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

**HERBERT v. HUMPHREYS et al.** (Supreme Court, Appellate Term. June 25, 1909.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by George W. Herbert against Harriet Humphreys and another. From a judgment dismissing the complaint, and awarding to defendant Harriet Humphreys the possession of the chattels replevined, or their alleged value, plaintiff appeals. Reversed, and new trial ordered. Herman W. Booth, for appellant. Hugart F. Norman, for respondent.

PER CURIAM. This case was so carelessly tried by counsel for both sides, the evidence is so unsatisfactory, and the judgment rendered is so clearly without support in the evidence, that justice requires that a new trial be ordered. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

**HESS v. KRACH.** (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Katie Hess, as administratrix, etc., of Lizzie Hoffman, deceased, against John Krach. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff's intestate did not own the property, and, moreover, she never made a deed of it to the defendant.

**HICKOK, Respondent, v, AUBURN LIGHT, HEAT & POWER CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Caroline A. Hickok, as executrix, etc., against the Auburn Light, Heat & Power Company. No opinion. Order affirmed, with $10 costs and disbursements.

**HIRSCH, Respondent, v. HOROWITZ, Appellant.** (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Max Hirsch against Adolph Horowitz. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the first set of plans was never approved by the tenement